## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**DAMIAN SPENCER,**

    **Plaintiff,**

**v.**                                            **Case No:  8:19-cv-02718-JSM-AAS**

**DISCOVER PRODUCTS, INC.**

    **Defendant.**

_____/

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

**COMES NOW** Plaintiff, **DAMIAN SPENCER**, by and through the undersigned counsel, and hereby notices the Court that all claims in this lawsuit against Defendant, **DISCOVER PRODUCTS, INC.**, should be dismissed *without prejudice* pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(i), with each party to bear its own costs and attorney's fees.

Respectfully submitted on this **16**[th] day of **December, 2019**,

                                      */s/ Kaelyn Steinkraus*
                                      Kaelyn Steinkraus, Esq.
                                      Florida Bar No. 125132
                                      kaelyn@attorneydebtfighters.com
                                      Law Office of Michael A. Ziegler, P.L.
                                      2561 Nursery Road, Suite A
                                      Clearwater, FL 33764
                                      (p)  (727) 538-4188
                                      (f)  (727) 362-4778
                                      *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this **16th** day of **December, 2019**, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, and sent copies of such filing via standard mail to the Defendants as no counsel of record has appeared to date as follows:

Discover Products, Inc.
c/o CT Corporation System
1200 South Pine Island Road
Plantation, Florida 33324

                                             */s/ Kaelyn Steinkraus*
                                             Kaelyn Steinkraus, Esq.
                                             Florida Bar No. 125132