# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

DAMIAN SPENCER,

    Plaintiff,

v.                                                      Case No: 8:19-cv-2718-T-30AAS

DISCOVER PRODUCTS, INC.,

    Defendant.

## ORDER OF DISMISSAL

Before the Court is the Notice of Voluntary Dismissal without Prejudice (Dkt. 6). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed without prejudice, each party to bear their own costs and attorney's fees.

2. All pending motions, if any, are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 16th day of December, 2019.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record